RTN (8517)
RONALD T. NAGLE, P.C.
52 South Street
Morristown, New Jersey 07960
(973) 267-6780
Attorneys for Plaintiff Fusion on Ice, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEACH CREEK MARINA, INC., | CIVIL ACTION NO. |
| Plaintiff, | HONORABLE |
| v. | |
| ROYAL TAX LIEN SERVICES, LLC and TYLER TECHNOLOGIES, | DISCLOSURE STATEMENT |
| Defendants. | |

The undersigned for Beach Creek Marina, Inc., certifies that this party is a non-governmental corporate party and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

RONALD T. NAGLE, P.C.
Attorneys for Plaintiff Beach Creek Marina, Inc.

By: _____
Ronald T. Nagle

Dated: May 29, 2009