012791/00006/01950249
**HILL WALLACK LLP**
**Maeve E. Cannon, Esq. (MC0574)**
202 Carnegie Center
Princeton, New Jersey 08543
(609) 924-0808
mec@hillwallack.com
Attorneys for Defendants,
Cole Layer Trumble Company and Tyler Technologies, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEACH CREEK MARINA, INC., | CIVIL ACTION NO. 2:09-CV-2649 |
| Plaintiff, | **Document electronically filed** |
| v. | **CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1** |
| ROYAL TAX LIEN SERVICES, LLC d/b/a CRUSADER LIEN SERVICES, COLE LAYER TRUMBLE COMPANY, and TYLER TECHNOLOGIES INC., | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, Cole Layer Trumble Company and Tyler Technologies Inc., identify the following companies as the party's parent corporation and the publicly held companies which own 10% or more of the party's stock:

**NONE.**

                                        Respectfully submitted,

Dated: June 22, 2009                    By: /s/ Maeve E. Cannon
                                        HILL WALLACK LLP
                                        Maeve E. Cannon (MC0574)
                                        202 Carnegie Center CN 5226
                                        Princeton, New Jersey 08543

                                      (609) 734-6320  
                                      FAX: (609) 452-1888  
                                      mec@hillwallack.com  
                                      Attorneys for Cole Layer Trumble Company and Tyler Technologies Inc.