012791/00006/01950251

**HILL WALLACK LLP**
**Maeve E. Cannon, Esq. (MC0574)**
202 Carnegie Center
Princeton, New Jersey 08543
(609) 924-0808
mec@hillwallack.com
Attorneys for Defendants,
Cole Layer Trumble Company and Tyler Technologies, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BEACH CREEK MARINA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROYAL TAX LIEN SERVICES, LLC d/b/a CRUSADER LIEN SERVICES, COLE LAYER TRUMBLE COMPANY, and TYLER TECHNOLOGIES INC., <br><br> Defendants. | CIVIL ACTION NO. 2:09-CV-2649 <br><br> **Document electronically filed** <br><br> **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO COMPLAINT PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made for a Clerk's Order extending time within which defendants, Cole Layer Trumble Company and Tyler Technologies Inc., may answer, move, or otherwise reply to the complaint filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effective on June 12, 2009; and

3. Time to answer, move, or otherwise reply expires on July 2, 2009.

                                        Respectfully submitted,

                                        HILL WALLACK LLP
Attorneys for Defendants,
Cole Layer Trumble Company
and Tyler Technologies Inc.

Dated: June 22, 2009        By: /s/ Maeve E. Cannon
                                        HILL WALLACK LLP
Maeve E. Cannon (MC0574)
202 Carnegie Center CN 5226
Princeton, New Jersey 08543
(609) 734-6320
FAX: (609) 452-1888
mec@hillwallack.com

**ORDER**

The above application is ORDERED GRANTED and the time to answer, move or otherwise reply is extended to _____

                                      WILLIAM T. WALSH, Clerk

                                      By: _____
Dated:                                    Deputy Clerk