012791/00006/01951034
**HILL WALLACK LLP**
**Maeve E. Cannon, Esq. (MC0574)**
202 Carnegie Center
Princeton, New Jersey 08543
(609) 924-0808
mec@hillwallack.com
Attorneys for Defendants,
Cole Layer Trumble Company and Tyler Technologies, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BEACH CREEK MARINA, INC., | CIVIL ACTION NO. 2:09-CV-2649 |
| Plaintiff, | **Document electronically filed** |
| v. | **NOTICE OF ENTRY OF APPEARANCE** |
| ROYAL TAX LIEN SERVICES, LLC d/b/a CRUSADER LIEN SERVICES, COLE LAYER TRUMBLE COMPANY, and TYLER TECHNOLOGIES INC., | |
| Defendants. | |

The undersigned hereby enters an appearance in the above matter on behalf of defendants, Cole Layer Trumble Company and Tyler Technologies, Inc.

                                        Respectfully submitted,

Dated: June 22, 2009        By: /s/ Maeve E. Cannon
                                        HILL WALLACK LLP
                                        Maeve E. Cannon (MC0574)
                                        202 Carnegie Center CN 5226
                                        Princeton, New Jersey 08543
                                        (609) 734-6320
                                        FAX: (609) 452-1888
                                        mec@hillwallack.com
                                        Attorneys for Cole Layer
                                        Trumble Company and Tyler
                                        Technologies Inc.