**ZEITZ & STEIN, L.L.C.**
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
201 Barclay Pavilion West
Cherry Hill, NJ 08034
(856) 857-1222
*Attorneys for Defendant,*
*ROYAL TAX LIEN SERVICES, LLC d/b/a CRUSADER LIEN SERVICES*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEACH CREEK MARINA, INC. : | |
| : | CIVIL ACTION NO.: 09-2649/KSH |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| ROYAL TAX LIEN SERVICES, LLC : | |
| d/b/a CRUSADER LIEN SERVICES, : | **NOTICE OF APPEARANCE AND** |
| COLE LAYER TRUMBLE COMPANY, : | **DEMAND FOR SERVICE OF PAPERS** |
| and TYLER TECHNOLOGIES, INC. : | |
| : | |
| Defendants. : | |

     PLEASE TAKE NOTICE that the undersigned, appearing for *ROYAL TAX LIEN SERVICES, LLC d/b/a CRUSADER LIEN SERVICES* demand that all notices given or required to be given in this case and all papers filed and served in this case with the Court or request that all notices be mailed to them be given to and served upon the undersigned at the office address and telephone numbers set forth below.

     PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the rule specified above, but also includes, without limitation, orders and notices of any application, motion petition, pleading request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand deliver, telephone, telegraph, telecopier, telex or otherwise.

                                             **ZEITZ & STEIN, L.L.C.**

Dated: 7/1/09                         By:/s/ ROBIN LONDON-ZEITZ
                                          ROBIN I. LONDON- ZEITZ, ESQUIRE
                                          ZEITZ & STEIN, L.L.C.
                                          201 Barclay Pavilion West
                                          Cherry Hill, New Jersey 08034
                                          (856) 857-1222 ext. 306
                                          (856) 857-1234 FAX
                                          rzeitz@zeitzstein.com
                                          *Attorneys for Defendant,*
                                          *Royal Tax Lien Services, LLC d/b/a Crusader Lien Services*