**ZEITZ & STEIN, L.L.C.**
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
201 Barclay Pavilion West
Cherry Hill, NJ 08034
(856) 857-1222
*Attorneys for Defendant,*
*ROYAL TAX LIEN SERVICES, LLC d/b/a CRUSADER LIEN SERVICES*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEACH CREEK MARINA, INC. : | |
| : | CIVIL ACTION NO.: 09-2649/KSH |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| ROYAL TAX LIEN SERVICES, LLC : | |
| d/b/a CRUSADER LIEN SERVICES, : | **CERTIFICATION OF MAILING** |
| COLE LAYER TRUMBLE COMPANY, : | |
| and TYLER TECHNOLOGIES, INC. : | |
| : | |
| Defendants. : | |

  The undersigned hereby certifies that he/she is employed by the firm of Zeitz & Stein, L.L.C. and that on the date set forth below deposited in a regularly maintained United States Postal Service depository, with appropriate first class postage affixed, copies of the Notice of Appearance and Certification of Mailing to:

  Ronald T. Nagle, Esquire
  52 South Street
  Morristown, NJ 07960


Dated: 7/1/09       /s/ MARY BETH PALMA
            MARY BETH PALMA