**ZEITZ & STEIN, L.L.C.**
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
201 Barclay Pavilion West
Cherry Hill, NJ 08034
(856) 857-1222
*Attorneys for Defendant,*
*ROYAL TAX LIEN SERVICES, LLC d/b/a CRUSADER LIEN SERVICES*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEACH CREEK MARINA, INC.  :  : Plaintiff,  :  : v.  :  : ROYAL TAX LIEN SERVICES, LLC  : d/b/a CRUSADER LIEN SERVICES,  : COLE LAYER TRUMBLE COMPANY,  : and TYLER TECHNOLOGIES, INC.  :  : Defendants.  :  : | CIVIL ACTION NO.: 09-2649/KSH  **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Royal Tax Lien Services, LLC d/b/a Crusader Lien Services ("Royal"), by and through its undersigned counsel, hereby applies to this Court for a Clerk's Order extending the time within which defendant Royal may answer, move or otherwise plead in response to the Amended Complaint filed by Plaintiff, and states as follows:

1. Royal has not requested any previous extensions and has not obtained any previous extensions.

2. A copy of the summons and complaint was delivered to Royal on June 12, 2009.

3. The time to answer, move or otherwise plead expires on July 2, 2009.

4. Royal respectfully requests that it be granted a fifteen (15) day extension to

answer, move or otherwise plead as provided by Local Civ. R. 6.1(b).

**ZEITZ & STEIN, L.L.C.**

Dated: 7/1/09   By:/s/ ROBIN LONDON-ZEITZ
ROBIN I. LONDON- ZEITZ, ESQUIRE
ZEITZ & STEIN, L.L.C.
201 Barclay Pavilion West
Cherry Hill, New Jersey 08034
(856) 857-1222 ext. 306
(856) 857-1234 FAX
rzeitz@zeitzstein.com
*Attorneys for Defendant,*
*Royal Tax Lien Services, LLC d/b/a Crusader Lien Services*

## **ORDER**

IT IS HEREBY ORDERED that the above application is GRANTED and that the time to answer move or otherwise plead is extended to _____.

WILLIAM T. WALSH, Clerk

Dated:   By:_____
, Deputy Clerk

2