**ZEITZ & STEIN, L.L.C.**
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
201 Barclay Pavilion West
Cherry Hill, NJ 08034
(856) 857-1222
*Attorneys for Defendant,*
*ROYAL TAX LIEN SERVICES, LLC d/b/a CRUSADER LIEN SERVICES*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEACH CREEK MARINA, INC. : | |
| : | CIVIL ACTION NO.: 09-2649/KSH |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| ROYAL TAX LIEN SERVICES, LLC : | |
| d/b/a CRUSADER LIEN SERVICES, : | **CERTIFICATION OF MAILING** |
| COLE LAYER TRUMBLE COMPANY, : | |
| and TYLER TECHNOLOGIES, INC. : | |
| : | |
| Defendants. : | |

The undersigned hereby certifies that he/she is employed by the firm of Zeitz & Stein, L.L.C. and that on the date set forth below deposited in a regularly maintained United States Postal Service depository, with appropriate first class postage affixed, copies of the Application for Extension of Time to Answer, Move or Otherwise Plead Pursuant to Local Civil Rule 6.1(b) and Disclosure Statement and Certification of Mailing and by facsimile to:

Ronald T. Nagle, Esquire
52 South Street
Morristown, NJ 07960

Maeve E. Cannon, Esquire
Hill Wallack, LLP
202 Carnegie Center
P.O. Box 5226
Princeton, NJ 08543

Dated: July 1, 2009        /s/ MARY BETH PALMA
                MARY BETH PALMA