**ZEITZ & STEIN, L.L.C.**
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
201 Barclay Pavilion West
Cherry Hill, NJ 08034
(856) 857-1222
*Attorneys for Defendant,*
*ROYAL TAX LIEN SERVICES, LLC d/b/a CRUSADER LIEN SERVICES*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEACH CREEK MARINA, INC. : | |
| : | CIVIL ACTION NO.: 09-2649/KSH |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| ROYAL TAX LIEN SERVICES, LLC : | |
| d/b/a CRUSADER LIEN SERVICES, : | **ROYAL TAX LIEN SERVICES, LLC** |
| COLE LAYER TRUMBLE COMPANY, : | **DISCLOSURE STATEMENT PURSUANT** |
| and TYLER TECHNOLOGIES, INC. : | **TO F.R.C.P. 7.1** |
| : | |
| Defendants. : | |

    Pursuant to F.R.C.P. 7.1 Royal Tax Lien Services, LLC ("Defendant") represents as follows: 7.1(a)(1) - Defendant is partially owned (more than 10%) by Royal Bank America. Royal Bank America is a subsidiary of Royal Bankshares of Pennsylvania, Inc. Royal Bankshares of Pennsylvania, Inc. is a publicly traded company.

                                       **ZEITZ & STEIN, L.L.C.**

Dated: 7/1/09                    By:/s/ ROBIN LONDON-ZEITZ
                                        ROBIN I. LONDON- ZEITZ, ESQUIRE
                                        ZEITZ & STEIN, L.L.C.
                                        201 Barclay Pavilion West
                                        Cherry Hill, New Jersey 08034
                                        (856) 857-1222 ext. 306
                                        (856) 857-1234 FAX
                                        rzeitz@zeitzstein.com
                                        *Attorneys for Defendant,*
                                        *Royal Tax Lien Services, LLC d/b/a Crusader Lien Services*