UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **BEACH CREEK MARINA** | : | |
| Plaintiff | : | Civil Action No. 09-2649(KSH) |
| v. | : | |
| **ROYAL TAX LIEN** | : | ORDER ON INFORMAL APPLICATION |
| Defendant | : | |

This matter having come before the Court by way of letters dated June 22, 2009, June 23, 2009 and July 1, 2009, regarding defendants' request for leave to file a motion to dismiss;

and the Court having conducted a telephone conference on the record on July 13, 2009;

and the Court having considered the letters, arguments, and representations of the parties;

and for the reasons discussed on the record;

IT IS ON this 13th day of July, 2009

ORDERED that the request for leave to file motions pursuant to Fed. R. Civ. P. 12(b)(6) is granted.  Said motions shall be filed no later than **July 24, 2009**,  The opposition shall be filed no later than **August 3, 2009** and the reply shall be filed no later than **August 10, 2009**.  The return date shall be **August 17, 2009** before the Hon. Katharine S. Hayden.  Her Honor's Chambers will advise the parties if oral argument will be required.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE