**ZEITZ & STEIN, L.L.C.**
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
201 Barclay Pavilion West
Cherry Hill, NJ 08034
(856) 857-1222
*Attorneys for Defendant,*
*ROYAL TAX LIEN SERVICES, LLC d/b/a CRUSADER LIEN SERVICES*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEACH CREEK MARINA, INC. : | |
| : | CIVIL ACTION NO.: 09-2649/KSH |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| ROYAL TAX LIEN SERVICES, LLC : | **ORDER DISMISSING CASE** |
| d/b/a CRUSADER LIEN : | |
| SERVICES, COLE LAYER TRUMBLE : | Hearing Date: August 17, 2009 |
| COMPANY, and TYLER : | |
| TECHNOLOGIES, INC. : | |
| : | |
| Defendants. : | |

**THIS MATTER** having come before the Court by Robin London-Zeitz, Esquire, Zeitz & Stein, L.L.C., counsel for Defendant Royal Tax Lien Services, LLC ("Royal"), upon notice to Ronald T. Nagle, P.C., attorneys for Plaintiff, Beach Creek Marina, LLC ("Plaintiff"), pursuant to Royal's Motion to Dismiss the Complaint; and the Court having considered the submissions in support of this Motion, as well as opposition thereto, and having considered the oral arguments of counsel, if any, and for good cause being shown;

**IT IS** on this \_\_\_\_ day of _____, 2009, **HEREBY ORDERED** that Royal's Motion to Dismiss is **GRANTED** and the above captioned matter is **DISMISSED WITH PREJUDICE.**

_____