**ZEITZ & STEIN, L.L.C.**
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
201 Barclay Pavilion West
Cherry Hill, NJ 08034
(856) 857-1222
*Attorneys for Defendant,*
*ROYAL TAX LIEN SERVICES, LLC d/b/a CRUSADER LIEN SERVICES*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEACH CREEK MARINA, INC. :<br>:<br>Plaintiff,     :<br>:<br>v.              :<br>:<br>ROYAL TAX LIEN SERVICES, LLC :<br>d/b/a CRUSADER LIEN     :<br>SERVICES, COLE LAYER TRUMBLE :<br>COMPANY, and TYLER      :<br>TECHNOLOGIES, INC.      :<br>:<br>Defendants. | CIVIL ACTION NO.: 09-2649/KSH<br><br><br><br><br><br>**CERTIFICATION OF MAILING** |

    The undersigned hereby certifies that he/she is employed by the firm of Zeitz & Stein, L.L.C. and that on the date set forth below deposited in a regularly maintained United States Postal Service depository, with appropriate first class postage affixed, copies of the Notice of Motion to Dismiss, Affidavit of Counsel in Support of Motion to Dismiss, Brief, Proposed Order and Certification of Service  and by first-class mail to:

    Ronald T. Nagle, Esquire
    52 South Street
    Morristown, NJ 07960

    Maeve E. Cannon, Esquire
    Hill Wallack, LLP
    202 Carnegie Center
    P.O. Box 5226
    Princeton, NJ 08543

Dated:    July 24, 2009      /s/ MARY BETH PALMA
                                                MARY BETH PALMA