012791/00006/01949340
**HILL WALLACK LLP**
**Maeve E. Cannon, Esq. (MC0574)**
202 Carnegie Center
Princeton, New Jersey 08543
(609) 924-0808
mec@hillwallack.com
Attorneys for Defendants,
Cole Layer Trumble Company and Tyler Technologies, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BEACH CREEK MARINA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROYAL TAX LIEN SERVICES, LLC d/b/a CRUSADER LIEN SERVICES, COLE LAYER TRUMBLE COMPANY, and TYLER TECHNOLOGIES INC., <br><br> Defendants. | CIVIL ACTION NO. 2:09-CV-2649 <br><br> **Document electronically filed** <br><br> **DEFENDANTS' (COLE LAYER TRUMBLE COMPANY AND TYLER TECHNOLOGIES INC.) MOTION TO DISMISS WITH PREJUDICE PURSUANT TO F.R.C.P. 12(b)(6) IN LIEU OF ANSWER AND DEMAND FOR JURY TRIAL** <br><br> **Request for Oral Argument** <br><br> **Motion Return Date: August 17, 2009** |

To:  Ronald T. Nagle, Esq.
     Ronald T. Nagle, P.C.
     52 South Street
     Morristown, New Jersey 07960
     Attorneys for Plaintiff, Beach Creek Marina, Inc.

     Robin I. London-Zeitz, Esq.
     Zeitz & Stein LLC
     201 Barclay Pavilion West
     Cherry Hill, New Jersey 08034
     Attorneys for Defendant, Royal Tax Lien Services, LLC d/b/a Crusader Lien Services

**PLEASE TAKE NOTICE** that August 17, 2009 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned

attorneys for Defendants, Cole Layer Trumble Company and Tyler Technologies, Inc. (collectively "Defendants"), in the above captioned matter, will move before the Honorable Katherine S. Hayden, U.S.D.J., at the United States District Court for the District of New Jersey U.S. Post Office & Courthouse Bldg., Federal Square, Newark, New Jersey 07101, for an Order pursuant to F.R.C.P. 12(b)(6) dismissing Plaintiff's Complaint with Prejudice.

**PLEASE TAKE FURTHER NOTICE** that Defendants shall rely upon the accompanying brief and certification in support of their motion. A Proposed Order is also attached along with Certification of Service.

**PLEASE TAKE FURTHER NOTICE** that Defendants hereby request oral argument.

    Respectfully submitted,

    HILL WALLACK LLP
    Attorneys for Defendants,
    Cole Layer Trumble Company
    and Tyler Technologies Inc.

Dated: July 24, 2009    By: /s/ Maeve E. Cannon

    HILL WALLACK LLP
    Maeve E. Cannon (MC0574)
    202 Carnegie Center CN 5226
    Princeton, New Jersey 08543
    (609) 734-6320
    FAX: (609) 452-1888
    mec@hillwallack.com

**DEMAND FOR JURY TRIAL**

Answering Defendants demand a trial by jury on all issues.

                                    HILL WALLACK LLP
                                    Attorneys for Defendants,
                                    Cole Layer Trumble Company
                                    and Tyler Technologies Inc.

Dated: July 24, 2009                  By: s/ Maeve E. Cannon

                                    HILL WALLACK LLP
                                    Maeve E. Cannon (MC0574)
                                    202 Carnegie Center CN 5226
                                    Princeton, New Jersey 08543
                                    (609) 734-6320
                                    FAX: (609) 452-1888
                                    mec@hillwallack.com

**INITIAL CERTIFICATION**

Maeve E. Cannon, Esq., of full age, duly certifies as follows:

1. The matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

2. There is no other action or proceeding contemplated with regard to the subject matter of this suit.

3. To my knowledge, no other party should be joined in this action.

                                          HILL WALLACK LLP
                                          Attorneys for Defendants,
                                          Cole Layer Trumble Company
                                          and Tyler Technologies Inc.

Dated: July 24, 2009                By: s/ Maeve E. Cannon

                                          HILL WALLACK LLP
                                          Maeve E. Cannon (MC0574)
                                          202 Carnegie Center CN 5226
                                          Princeton, New Jersey 08543-5226
                                          (609) 734-6320
                                          FAX: (609) 452-1888
                                          mec@hillwallack.com