012791/00006/01967035
**HILL WALLACK LLP**
**Maeve E. Cannon, Esq. (MC0574)**
202 Carnegie Center
Princeton, New Jersey 08543
(609) 924-0808
mec@hillwallack.com
Attorneys for Defendants,
Cole Layer Trumble Company and Tyler Technologies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEACH CREEK MARINA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROYAL TAX LIEN SERVICES, LLC d/b/a CRUSADER LIEN SERVICES, COLE LAYER TRUMBLE COMPANY, and TYLER TECHNOLOGIES INC., <br><br> Defendants. | CIVIL ACTION NO. 2:09-CV-2649 <br><br> **Document electronically filed** <br><br> **CERTIFICATION OF MAEVE E. CANNON** |

I, Maeve E. Cannon, of full age, hereby certify:

1.  I am an attorney-at-law in the State of New Jersey and counsel for defendants, Cole Layer Trumble Company and Tyler Technologies, Inc. (collectively "Tyler") in the above referenced matter. As such, I make the following certification in support of Tyler's Motion to Dismiss plaintiff's complaint pursuant to F.R.C.P. 12(b)(6).

2.  Attached hereto as Exhibit A is a true and correct copy of Beach Creek Marina v. City of North Wildwood, 2009 WL 1361651 (App. Div. 2009).

3. Attached hereto as Exhibit B is a true and correct copy of J.M. ex rel. A.M. v. East Greenwich Tp. Bd. of Educ., No. 07-2861, 2008 WL 819968 (D.N.J. 2008).

4. Attached hereto as Exhibit C is a true and correct copy of Space v. BRPM Towing Service, Inc., No. 07-947, 2007 WL 4570157 (D.N.J. 2007).

5. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

HILL WALLACK LLP
Attorneys for Defendants,
Cole Layer Trumble Company
and Tyler Technologies Inc.

Dated: July 24, 2009

By: _____
Maeve E. Cannon (MC0574)
HILL WALLACK LLP
202 Carnegie Center CN 5226
Princeton, New Jersey 08543
(609) 734-6320
FAX: (609) 452-1888
mec@hillwallack.com