012791/00006/01949404
**HILL WALLACK LLP**
**Maeve E. Cannon, Esq. (MC0574)**
202 Carnegie Center
Princeton, New Jersey 08543
(609) 924-0808
mec@hillwallack.com
Attorneys for Defendants,
Cole Layer Trumble Company and Tyler Technologies, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BEACH CREEK MARINA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROYAL TAX LIEN SERVICES, LLC d/b/a CRUSADER LIEN SERVICES, COLE LAYER TRUMBLE COMPANY, and TYLER TECHNOLOGIES INC., <br><br> Defendants. | CIVIL ACTION NO. 2:09-CV-2649 <br><br> Document electronically filed <br><br> **CERTIFICATION OF SERVICE OF MOTION TO DISMISS** <br><br> Request for Oral Argument <br><br> Motion Return Date: August 17, 2009 |

I, Maeve E. Cannon, Esq., of full age hereby certify as follows:

1. On the date first set forth below I caused the following documents to be electronically filed with the United States District Court for the District of New Jersey and electronically served on all parties: Notice of Motion to Dismiss in Lieu of Answer; Brief in Support; Certification of Maeve E. Cannon in support; Proposed Form of Order and the within Certification of Service.

2.  On the same date, I caused to be sent via regular mail a courtesy copy of the aforementioned documents to the Honorable Patty Shwartz, U.S.M.J. at U.S. Post Office & Courthouse Bldg., Federal Square, Newark, New Jersey 07101.

3.  I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

HILL WALLACK LLP
Attorneys for Defendants,
Cole Layer Trumble Company
and Tyler Technologies Inc.

Dated: July 24, 2009

By: _____
Maeve E. Cannon (MC0574)
HILL WALLACK LLP
202 Carnegie Center CN 5226
Princeton, New Jersey 08543
(609) 734-6320
FAX: (609) 452-1888
mec@hillwallack.com