012791/00006/01951462
**HILL WALLACK LLP**
**Maeve E. Cannon, Esq. (MC0574)**
202 Carnegie Center
Princeton, New Jersey 08543
(609) 924-0808
mec@hillwallack.com
Attorneys for Defendants,
Cole Layer Trumble Company and Tyler Technologies, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BEACH CREEK MARINA, INC., | CIVIL ACTION NO. 2:09-CV-2649 |
| Plaintiff, | |
| v. | **Document electronically filed** |
| ROYAL TAX LIEN SERVICES, LLC d/b/a CRUSADER LIEN SERVICES, COLE LAYER TRUMBLE COMPANY, and TYLER TECHNOLOGIES INC., | **ORDER** |
| Defendants. | |

THIS MATTER having been brought before the court by Hill Wallack LLP (Maeve E. Cannon, Esq. appearing), attorneys for defendants, Cole Layer Trumble Company and Tyler Technologies Inc., seeking entry of an Order dismissing plaintiff's complaint pursuant to F.R.C.P. 12(b)(6) and the Court having read and considered the moving, opposing and reply papers, if any, and having heard argument of counsel, and for good cause shown:

IT IS on this _____ day of _____, 2009,

2

    ORDERED that plaintiff complaint is hereby dismissed in its entirety with prejudice.

                                                        _____
                                                         HON. KATHERINE S. HAYDEN

___ Opposed
___ Unopposed