UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BEACH CREEK MARINA, INC.,

    Plaintiff,

v.

ROYAL TAX LIEN SERVICES, LLC and
TYLER TECHNOLOGIES,

    Defendants.

CIVIL ACTION NO. 2:09-cv-2649

**APPLICATION FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE REPLY
[Local Civil Rule 6.1(b)]**

Application is hereby made for a Clerk's Order extending time within which Plaintiff may file its opposition to Defendants' motions for summary judgment.

1. No previous extension has been obtained.
2. The motions were served on July 24, 2009.
3. Time to Reply expires on August 3, 2009.

RTN (8517)
RONALD T. NAGLE, P.C.
52 South Street
Morristown, New Jersey 07960
(973) 267-6780
Attorneys for Plaintiff Beach Creek Marina, Inc.

By: _____
    Ronald T. Nagle

ORDER

The above application is ORDERED GRANTED extended to _____.
ORDER DATE: _____

WILLIAM T. WALSH, Clerk

By: _____
    Deputy Clerk