# Ronald T. Nagle
A Professional Corporation
Attorney at Law

52 South Street                                                    Telephone (973) 267-6780
Morristown, New Jersey 07960                      Facsimile (973) 267-6738
                                                                                Email: rnagle@naglepc.com

July 31, 2009

William T. Walsh, Clerk of Court
U.S. District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

        RE:    **_Beach Creek Marina, Inc. v. Royal Tax Lien Services, LLC, et al._**
                   ***Civil Action No. 09-2649 (KSH)***

Dear Clerk:

        This letter is submitted on behalf of Plaintiff pursuant to Rule 7.1(d)(5) of the local rules for an automatic extension of time to file opposition to Defendants' dispositive motions. Plaintiff's Opposition was to be due on August 3, 2009 and it will now be due on August 17, 2009. With the extension, the new motion date will be August 31, 2009.

                                                                          Very Truly Yours,

                                                                          Ronald T. Nagle

RTN/gm

    Cc:    Maeve Cannon, Esq.
             Robin London-Zeitz
             Paul Cocoziello