RTN (8517)
RONALD T. NAGLE, P.C.
52 South Street
Morristown, New Jersey 07960
Telephone: (973) 267-6780
Facsimile: (973-267-6738
Attorney for Plaintiff Beach Creek, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEACH CREEK MARINA, INC. <br><br> Plaintiffs, <br><br> v. <br><br> ROYAL TAX LIEN SERVICES, LLC <br> d/b/a CRUSADER LIEN SERVICES, <br> COLE LAYER TRUMBLE COMPANY, <br> And TYLER TECHNOLOGIES INC., <br><br> Defendants. | CIVIL ACTION NO. 2:09-cv-2649 <br><br><br> CERTIFICATION OF <br> RONALD T. NAGLE |

Ronald T. Nagle, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and I am admitted to practice before this Court. I am the attorney for the Plaintiffs in this matter.

2. Attached hereto as Exhibit A is a copy of the February 26, 2009 Crusader letter advising that it would foreclose on the subject tax lien within thirty days.

3. Attached hereto as Exhibit B is a copy of the March 12, 2009 appraisal of the Beach Creek property obtained by the City of North Wildwood for the period 2005-2008, which shows an appraised value of $4,600,000.00.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

DATED: August 17, 2009

RONALD T. NAGLE