# THEODORE J. LAMICELLA, JR., SCGREA, CTA
**SENIOR COMMERCIAL APPRAISER**
**STATE CERTIFIED GENERAL REAL ESTATE APPRAISER**

## EDUCATION:

**OCEAN COUNTY COLLEGE**
Majoring in Business Administration

Additional Course Work:
-Real Property Appraisal I - Rutgers University
-Real Property Appraisal II - Rutgers University
-Property Tax Administration - Rutgers University
-General Applications - Appraisal Institute
-Advanced Income Capitalization - Appraisal Institute
-Market Analysis and Highest & Best Use - Appraisal Institute
-Advanced Applications - Appraisal Institute
-Standards of Professional Practice, Parts A & B - Appraisal Institute
-Hotel Valuation - Appraisal Institute
-Report Writing & Valuation Analysis - Appraisal Institute

## EXPERIENCE:

2008 – Present    **APPRAISAL SYSTEMS, INC.**
*Senior Commercial Appraiser*

Responsibilities include: providing professional appraisal consulting services to government/public agencies, corporation, the legal profession, financial institutions and private individuals. Responsible for the supervision of the litigation support staff.

1997 - 2008    **CERTIFIED VALUATIONS, INC.**
*Chief Commercial Appraiser*

Responsibilities include: supervision and training for data collection, conducting income and expense analysis, sales analysis and valuation of commercial properties, as well as attendance at and review of informal taxpayer hearings. Responsible for training and supervising of field personnel.

Participated in revaluation and assessments in the following municipalities: Borough of Madison, Borough of Lincoln Park, Township of Mansfield, Township of Montville, Township of Randolph, Township of Harding, Township of Parsippany, Township of

    Rockaway, City of Newark, Borough of Kinnelon, Township of Morris, Town of Dover, Borough of Fort Lee, Town of Morristown, Township of West Windsor, Township of Washington and City of Atlantic City.

    Responsible for the valuation of commercial, industrial and apartment properties during the revaluation of the City of Newark.

    Responsible for the valuation of Casino/Hotel properties during the revaluation of the City of Atlantic City.

1992 – 1997  **MMC, INC.**
      *Commercial Appraiser*

    Established data collection and valuation guidelines for commercial/industrial properties in New Jersey. Trained and supervised staff. Data collected and reviewed commercial/industrial properties in field. Analyzed sales & income and expense reports. Developed CAP rates. Built databases and wrote guidelines for income/capitalization programs.

    Participated in revaluation and assessments in the following municipalities: Dover Township, Washington Township in Mercer County and Warren Township.

1990 - 1992  **VITAL APPRAISAL**
      *Commercial Data Collector*

    Performed data collection of commercial/industrial and residential properties. Administered quality control reports on staff. Analyzed sales ratio reports. Conducted hearings.

    Participated in revaluation and assessments in the following municipalities: Cherry Hill, Brick Township, Marlboro Township and Mercerville.

1988 - 1990  **COLE-LAYER-TRUMBLE**
      *Crew Chief - Field Inspections*

    Coordinated and supervised residential data collection. Administered quality control reports on staff. Analyzed sales ratio reports. Supervised and conducted hearings.

Participated in revaluation and assessments in the following municipalities: Wall Township, Neptune Township and City of Trenton.

Successfully administered all aspects of the revaluation process including commercial and residential data collection, sales and income analysis, quality control and informal hearings.

## EXPERT WITNESS:

Tax Court of New Jersey
Atlantic County Board of Taxation
Bergen County Board of Taxation
Essex County Board of Taxation
Hudson County Board of Taxation
Hunterdon County Board of Taxation
Middlesex County Board of Taxation
Monmouth County Board of Taxation
Morris County Board of Taxation
Ocean County Board of Taxation
Passaic County Board of Taxation
Sussex County Board of Taxation
Warren County Board of Taxation

## CERTIFICATION:

Certified Tax Assessor - State of New Jersey
State Certified General Real Estate Appraiser
New Jersey License Number: 42RG001892000

## PROFESSIONAL AFFILIATIONS:

Associate Member - Appraisal Institute