**ZEITZ & STEIN, L.L.C.**
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
201 Barclay Pavilion West
Cherry Hill, NJ 08034
(856) 857-1222
*Attorneys for Defendant,*
*ROYAL TAX LIEN SERVICES, LLC d/b/a CRUSADER LIEN SERVICES*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEACH CREEK MARINA, INC. | : |
| Plaintiff, | : CIVIL ACTION NO.: 09-2649/KSH |
| v. | : |
| ROYAL TAX LIEN SERVICES, LLC d/b/a CRUSADER LIEN SERVICES, COLE LAYER TRUMBLE COMPANY, and TYLER TECHNOLOGIES, INC. | : **CERTIFICATION OF MAILING** |
| Defendants. | : |

Mary Beth Palma, of full age, hereby certifies as follows:

1. I am a secretary to Robin London-Zeitz, Esquire, law offices of Zeitz & Stein, L.L.C., Attorneys for Royal Tax Lien Services, LLC ("Royal").

2. On the 24th day of August, 2009, I served by way of electronic filing, copies of Royal's Reply Brief in the above-entitled matter on:

> Ronald T. Nagle, Esquire          Maeve E. Cannon, Esquire
> 52 South Street                          Hill Wallack, LLP
> Morristown, NJ 07960             202 Carnegie Center, P.O. Box 5226
>                                                   Princeton, NJ 08543

3. In addition, on the 24th day of August, I mailed a courtesy copy of Royal's Reply Brief in the above-entitled matter to Honorable Patty Schwartz, U.S.M.J., United States District Court, District of New Jersey, U.S. Post Office & Courthouse Bldg., Federal Square, Room 10, Newark, NJ 07101.

Dated: August 24, 2009                              /s/ MARY BETH PALMA
                                                                  MARY BETH PALMA