# Ronald T. Nagle
A Professional Corporation
Attorney at Law

52 South Street, 2nd Floor
Morristown, New Jersey 07960

Telephone (973) 267-6780
Facsimile (973) 267-6738
Email: rnagle@naglepc.com

September 8, 2009

Magistrate Judge Patty Schwartz
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RE: Beach Creek Marina, Inc. v. Royal Tax Lien Services, LLC, et al.
Civil Action No. 09-2649 (KSH)

Dear Judge Schwartz:

I represent the Plaintiff in the above matter. At the outset of the matter the Court had set a schedule for the Defendants to file dispositive motions. The motions were filed and opposition was due on August 3, 2009. Due to personal and other commitments, I sought consent from Defense Counsel to obtain an extension of time to file opposition. Defense Counsel consented to the extension and I made an application under Local Rule 7.1(d)(5) for the automatic extension.

For reasons that are unclear, there was no docket of the extension. Nevertheless, I filed opposition to the motions on August 17, 2009. Defendants Cole Layer Trumble and Tyler Technologies, Inc. were unclear as to the reply date and submitted a letter to the Court on September 4, 2009. I then conferred with Counsel and we agreed to the enclosed Stipulated Order, which should resolve the issue. We respectfully request that if the form and content of the Order meet with the Court's approval, that it be entered by the Court.

Respectfully Submitted,

Ronald T. Nagle

RTN/gm
Enc.
Cc: Maeve Cannon, Esq.
    Robyn London-Zietz, Esq.
    Mr. Paul Cocoziello