RTN (8517)
RONALD T. NAGLE, P.C.
52 South Street
Morristown, New Jersey 07960
(973) 267-6780
Attorneys for Plaintiff Beach Creek Marina, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEACH CREEK MARINA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL TAX LIEN SERVICES, LLC<br>d/b/a CRUSADER LIEN SERVICES,<br>COLE LAYER TRUMBLE COMPANY,<br>And TYLER TECHNOLOGIES INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>09-2649 (KSH)<br><br><br><br><br>STIPULATED ORDER |

**WHEREAS** the Defendants having filed motions to dismiss the Complaint, and Plaintiff having applied for an extension of time to file opposition to the motion under Local Rule 7.1(d)(5) and counsel for Defendants Cole Layer Trumble Company and Tyler Technologies, Inc. having consented to the extension, and Plaintiff having filed opposition to the motions on August 17, 2009, and the parties have conferred and have stipulated to allow Defendants Cole Layer Trumble Company and Tyler Technologies, Inc. until September 15, 2009 to reply to the opposition to the motions, and consent to the entry of the within Order is demonstrated by the signatures of counsel for the Plaintiff Beach Creek Marina, Inc. and Defendants Cole Layer Trumble Company and Tyler Technologies, Inc as follows:

AND NOW, on this _____ day of September 2009, upon stipulation of the parties, it is hereby **ORDERED** that:

Defendants Cole Layer Trumble Company and Tyler Technologies, Inc shall file their reply to the Plaintiff's opposition to the motions to dismiss on or before September 15, 2009.

SO ORDERED BY THE COURT:

_____
USMJ

We hereby consent to the entry of the within Order.

RONALD T. NAGLE, P.C.  
Attorney for Plaintiff

_____  
Ronald T. Nagle, Esq.

HILL WALLACK, LLP  
Attorneys for Defendants  
Cole Layer Trumble Company  
and Tyler Technologies, Inc

_____  
Maeve E. Cannon, Esq.