

# HILL WALLACK LLP
## ATTORNEYS AT LAW

202 CARNEGIE CENTER, P.O. BOX 5226, PRINCETON, NJ 08543-5226
TELEPHONE: (609) 924-0808, FAX: (609) 452-1888
WWW.HILLWALLACK.COM

Writer's Direct Dial: (609) 734-6320
012791/00006/2001548

September 30, 2009

**Via ECF**
Honorable Patty Shwartz, U.S.M.J.
United States District Court, District of New Jersey
U.S. Post Office & Courthouse Bldg.
Federal Square, Room 10
Newark, New Jersey 07101

      **Re: Beach Creek Marina, Inc. v. Royal Tax Lien, et al.**
      **Civil Action No.: 09-2649 (KSH)**

Dear Judge Shwartz:

      As you may know, the undersigned represents Cole Layer Trumble Company and Tyler Technologies Inc. (collectively "Tyler") in the above-referenced matter. We are in receipt of plaintiff's sur-reply filed September 29, 2009. Please accept this as Tyler's request for this court to disregard plaintiff's sur-reply, which violates the court's civil motion practice rules. No sur-reply is provided for in the court rules. To Tyler's knowledge, plaintiff did not request leave to file this sur-reply and it does not appear that this court granted such leave. Further, the exhibits attached to this sur-reply were readily available to plaintiff when he filed his opposition. Similarly, the additional facts provided do not allow plaintiff to escape the fact that its sole remedy is through the New Jersey tax appeals process. For these reasons, Tyler respectfully requests this court disregard the sur-reply of plaintiff. Thank you for your consideration.

      Respectfully submitted,

      s/ Maeve E. Cannon
      Meave E. Cannon

cc:    Ronald T. Nagle, Esq. (via ECF)
       Robin London-Zeitz, Esq. (via ECF)