## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEACH CREEK MARINA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROYAL TAX LIEN SERVICES, LLC,<br>TYLER TECHNOLOGIES, Inc., and COLE<br>LAYER TRUMBLE COMPANY,<br><br>    Defendants. | Civ. Action No. 09-2649  (KSH)<br><br><br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons articulated in the Opinion filed herewith, and good cause appearing,

It is on this 30th day of June, 2010, hereby

**ORDERED** that the motion to dismiss filed by defendant Royal Tax Lien Services, LLC [D.E. 17] is **granted**; and it is further

**ORDERED** that the motion to dismiss filed by defendants Cole Layer Trumble Company and Tyler Technologies [D.E. 18] is **granted**; and it is further

**ORDERED** that the amended complaint filed by Beach Creek Marina, Inc. [D.E. 4] is **dismissed** for lack of subject-matter jurisdiction pursuant to FRCP 12(b)(1) and 12(b)(6).  The Clerk shall mark this matter CLOSED.

/s/Katharine S. Hayden

Katharine S. Hayden, U.S.D.J.