

# New Jersey Judiciary
## Superior Court - Appellate Division
### NOTICE OF APPEAL

Type or clearly print all information. Attach additional sheets if necessary.

**ATTORNEY / LAW FIRM / PRO SE LITIGANT**

| TITLE IN FULL (AS CAPTIONED BELOW): | NAME |
| --- | --- |
| | STREET ADDRESS |
| | CITY / STATE / ZIP / PHONE NUMBER |
| | EMAIL ADDRESS |

ON APPEAL FROM

| TRIAL COURT JUDGE | TRIAL COURT OR STATE AGENCY | TRIAL COURT OR AGENCY NUMBER |
| --- | --- | --- |
| | | |

Notice is hereby given that _____ appeals to the Appellate Division from a ☐ Judgment or ☐ Order entered on _____ in the ☐ Civil ☐ Criminal or ☐ Family Part of the Superior Court or from a ☐ State Agency decision entered on _____.

If not appealing the entire judgment, order or agency decision, specify what parts or paragraphs are being appealed.

Have all issues, as to all parties in this action, before the trial court or agency been disposed of? (In consolidated actions, all issues as to all parties in all actions must have been disposed of.) ☐ Yes ☐ No

If not, has the order been properly certified as final pursuant to R. 4:42-2? ☐ Yes ☐ No

For criminal, quasi-criminal and juvenile actions only:

Give a concise statement of the offense and the judgment including date entered and any sentence or disposition imposed:

This appeal is from a ☐ conviction ☐ post judgment motion ☐ post-conviction relief.
If post-conviction relief, is it the ☐ 1st ☐ 2nd ☐ other _____ specify

Is defendant incarcerated? ☐ Yes ☐ No
Was bail granted or the sentence or disposition stayed? ☐ Yes ☐ No

If in custody, name the place of confinement:

Defendant was represented below by:
☐ Public Defender ☐ self ☐ private counsel _____ specify

Notice of appeal and attached case information statement have been served where applicable on the following:

| | **Name** | **Date of Service** |
|---|---|---|
| Trial Court Judge | | |
| Trial Court Division Manager | | |
| Tax Court Administrator | | |
| State Agency | | |
| Attorney General or Attorney for other Governmental body pursuant to R. 2:5-1(a), (e) or (h) | | |

Other parties in this action:

| **Name and Designation** | **Attorney Name, Address and Telephone No.** | **Date of Service** |
|---|---|---|
| | | |

Attached transcript request form has been served where applicable on the following:

| | **Name** | **Date of Service** | **Amount of Deposit** |
|---|---|---|---|
| Trial Court Transcript Office | | | |
| Court Reporter (if applicable) | | | |
| Supervisor of Court Reporters | | | |
| Clerk of the Tax Court | | | |
| State Agency | | | |

Exempt from submitting the transcript request form due to the following:

☐ No verbatim record.

☐ Transcript in possession of attorney or pro se litigant (four copies of the transcript must be submitted along with an electronic copy).
List the date(s) of the trial or hearing:

☐ Motion for abbreviation of transcript filed with the court or agency below. Attach copy.

☐ Motion for free transcript filed with the court below. Attach copy.

I certify that the foregoing statements are true to the best of my knowledge, information and belief. I also certify that, unless exempt, the filing fee required by N.J.S.A. 22A:2 has been paid.

_____   _____
DATE                                                      SIGNATURE OF ATTORNEY OR PRO SE LITIGANT

Page 2 of 2