RTN (8517)
RONALD T. NAGLE, P.C.
52 South Street
Morristown, New Jersey 07960
(973) 267-6780
Attorneys for Plaintiff Beach Creek Marina, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEACH CREEK MARINA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL TAX LIEN SERVICES, LLC<br>d/b/a CRUSADER LIEN SERVICES,<br>COLE LAYER TRUMBLE COMPANY,<br>And TYLER TECHNOLOGIES INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>09-2649 (KSH)<br><br><br><br>NOTICE OF APPEAL<br>TO THE U.S. COURT<br>OF APPEALS FOR THE<br>THIRD CIRCUIT |

Notice is hereby given that Robert Barefoot and Deonna Enterprises, Inc. appeals to the United States Court of Appeals for the Third Circuit from the Judgment and Order of the United States District Court, District of New Jersey, entered in this action on June 30, 2010.

Dated: July 21, 2010

                                                RTN (8517)
                                                RONALD T. NAGLE, P.C.

                                                52 South Street
                                                Morristown, New Jersey 07960
                                                (973) 267-6780
                                                Attorneys for Appellant
                                                Beach Creek Marina, Inc.